CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 2 5 2008

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| EDWARD A. JASPER, <br> A.K.A. WILLIAM A. JASPER, <br>     Plaintiff, | ) <br> ) <br> )   Civil Action No. 7:08cv00044 |
| v. | )   **FINAL ORDER** |
| R. DEEL, et al., <br>     Defendants. | ) <br> )   By:  Hon. Glen E. Conrad <br> )   United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that the plaintiff's complaint shall be **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g); plaintiff's pleading is construed as a request to proceed in forma pauperis, and is **DENIED as MOOT**; and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 25th day of January, 2008.

_____
United States District Judge